**IN THE DISTRICT COURT
FOR THE TERRITORY OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>22,500 HECTARES OF LAND, MORE OR LESS, SITUATED IN THE ISLAND OF GUAM, MARIANAS ILANDS, and PEDRO MATRINEZ ADA, ET AL.,<br><br>   Defendants. | Case Nos.: 47-cv-00015, 48-cv-00003, 49-cv-00001, and 50-cv-00001<br><br>**ORDER DENYING QUINTANILLA'S MOTIONS WITHOUT PREJUDICE, DENYING OBJECTIONS, AND ADOPTING REPORT AND RECOMMENDATION** |
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>19,381 HECTARES OF LAND, MORE OR LESS, SITUATED IN THE ISLAND OF GUAM, MARIANAS ILANDS, and PEDRO MATRINEZ ADA, ET AL.,<br><br>   Defendants. | |

Claimant Jesus S.N. Quintanilla seeks compensation for a taking of his ancestor's land on Lot 5235, and has filed the same claim in five separate civil cases: 47-cv-00015, 48-cv-00003, 49-cv-00001, 50-cv-00001, and 50-cv-00038.

The pending motions for leasehold compensation are as follows:

- Case No. 47-cv-00015, ECF No. 2897;

- Case No. 48-cv-00003, ECF No. 2962;

- Case No. 49-cv-00001, ECF No. 4863;

- Case No. 50-cv-00001, ECF No. 4941; and

- Case No. 50-cv-00038, ECF Nos. 2971, 2974.

The Magistrate Judge has issued a Report and Recommendation ("R&R") in each case, recommending that the motions be denied without prejudice because Quintanilla has not demonstrated that he is legally entitled to bring suit on behalf of the estate. Quintanilla has filed objections to each R&R, stating that he is seeking leave from the Guam courts to prove that he is entitled to bring suit.

The Court has addressed the motion for leasehold compensation, R&R, and objection to the R&R on the merits in Case No. 50-cv-00038. (Order, ECF No. 2978.) The claim filed in 50-cv-00038 is substantively the same as in the above-listed cases, the R&R presents the same recommendation, and Quintanilla objects on the same grounds.

For the same reasons given in Case No. 50-cv-00038, the motions for leasehold compensation in Case Nos. 47-cv-00015, 48-cv-00003, 49-cv-00001, and 50-cv-00001 are DENIED WITHOUT PREJUDICE. The Report and Recommendation in these four cases are ADOPTED, and Quintanilla's objections are DENIED.

**SO ORDERED** on February 22, 2018.

_____
RAMONA V. MANGLONA, Designated Judge